UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number: 21-10052-CIV-MARTINEZ-REID

YANDRI LOPEZ MACAYA,
    Plaintiff,

vs.

ARAMARK, INC., et al.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for all pretrial proceedings, including a screening of Plaintiff's *pro se* Complaint pursuant to 28 U.S.C. § 1915(e), [ECF Nos. 1, 3, 5]. Magistrate Judge Reid filed a Report and Recommendation, [ECF No. 8], recommending that Plaintiff's Complaint proceed against Defendants Aramark, Inc., and Ricardo Batalier, Jean Carino, and Richard Iyala, in both their individual and official capacities for deliberate indifference to Plaintiff's conditions of confinement in violation of the Fourteenth Amendment to the United States Constitution. The Report and Recommendation further recommends that Plaintiff's Motions to Appoint Counsel, [ECF Nos. 4, 7], be denied without prejudice but the case be placed on the volunteer attorney list. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation, [ECF No. 8], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiff's *pro se* Complaint, [ECF No. 1], may proceed against Defendants Aramark, Inc., Ricardo Batalier, Jean Carino, and Richard Iyala in both their individual and official capacities.

2. Plaintiff's Motions for Appointment of Counsel, [ECF Nos. 4, 7], are **DENIED WITHOUT PREJUDICE.**

3. This matter is hereby **REFERRED** to the Court's Volunteer Attorney Program, where a volunteer attorney may accept representation on a *pro bono* basis if so desired. The Clerk of Court will obtain a description of the case and contact information to post on the Court's website of available *pro bono* cases seeking volunteer lawyers. If representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of August, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Yandri Lopez Macaya, *pro se*