UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**Case Number: 21-10052-CIV-MARTINEZ-REID**

YANDRI LOPEZ MACAYA,

    Plaintiff,

v.

ARAMARK, INC., *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for all pretrial proceedings. (ECF No. 5). Magistrate Judge Reid filed a Report and Recommendation, (ECF No. 28), recommending that Plaintiff's Complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with this Court's Order Instructing *pro se* Plaintiff to Respond to Defendants' Motion to Quash Service and to Dismiss (the "Order"), (ECF No. 26). The Order was filed on December 14, 2021, and required that Plaintiff respond to the Motion to Quash Service, (ECF No. 25), on or before January 21, 2022. The time for Plaintiff to do so passed, and on January 31, 2022, Magistrate Judge Reid issued the Report and Recommendation, (ECF No. 28).

After waiting an additional month after Magistrate Judge Reid filed the Report and Recommendation for a response from Plaintiff, this Court notes that Plaintiff did not file a response to the Motion to Quash Service, (ECF No. 26), nor objections to the Report and Recommendation, (ECF No. 28). Accordingly, after having reviewed the entire record and otherwise being advised of the premises, it is:

ADJUDGED that United States Magistrate Judge Reid's Report and Recommendation,

(ECF No. 28), is AFFIRMED and ADOPTED. Accordingly, it is:

ADJUDGED that

1. Plaintiff's *pro se* Complaint, (ECF No. 1), is DISMISSED without prejudice.

2. This case is CLOSED, and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Yandri Lopez Macaya, *pro se*